# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 5:01CR00005-007 |
| TROY JAMES POWELL | ) | USM No: 16602-058 |
| | ) | |
| Date of Previous Judgment: 2/21/2003 | ) | Tanzania Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED. ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 40 | Amended Offense Level: | 38 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 240 to 240 months | Amended Guideline Range: | 240 to 240 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain): No reduction, as the original sentence in this case was limited to a statutory maximum of 20 years (240 months), which then became the applicable guideline range. The revised guideline range is similarly limited and the guideline range remains unchanged.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated 2/21/2003 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: March 10, 2010

Effective Date: March 10, 2010
(if different from order date)

Richard L. Voorhees
United States District Judge